POLLATSCHEK et al. v. GOODWIN.

(City Court of New York, General Term.  April 27, 1896.)

APPEAL—SUFFICIENCY OF EVIDENCE.
   Where evidence is conflicting, a verdict will not be disturbed, unless for error of law.

Appeal from trial term.

Action by Morris Pollatschek and another against Matilda E. Goodwin.  Judgment for plaintiffs, and defendant appeals.  Affirmed.

Argued before VAN WYCK, C. J., and FITZSIMONS and McCARTHY, JJ.

Theodore L. Frothingham, for appellant.
Hoffman & Hoffman, for respondents.

McCARTHY, J.  This is an appeal from a judgment in favor of the plaintiff for broker's commission against the seller on an exchange of certain real estate and other properties.  The judge's charge being omitted, we must accept that the case was fairly and properly submitted to the jury.  It was a question of fact, and we cannot disturb their verdict, unless for some error of law.  After a careful examination of the points suggested by the appellant, we do not find any substantial error requiring a reversal.

Judgment must therefore be affirmed, with costs.  All concur.

---

FRIED v. STEIN et al.

(City Court of New York, General Term.  April 27, 1896.)

EVIDENCE—WEIGHT—QUALITY OF TESTIMONY.
   Weight of evidence is not determined by the number of witnesses, but by the quality of the testimony; and it is for the jury to determine where the weight lies.

Appeal from trial term.

Action by Morris Fried against Julius Stein and another.  There was a judgment for plaintiff, and defendants appeal.  Affirmed.

Argued before VAN WYCK, C. J., and McCARTHY, J.

Samuel Fleischman, for appellants.
A. H. Berrick, for respondent.

McCARTHY, J.  After a careful examination of the evidence, we think the questions of fact were properly submitted to the jury.  Weight of evidence is not determined by the number of witnesses, but the quality of the testimony, and this has been fairly left to the jury.  We think there is enough to support their verdict, and, finding no errors of law, the judgment is affirmed, with costs.